UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

PAUL GONZALEZ –ECHEVARRIA
Peticioner

CASE NO. 99-CR-077-17 { JAF}

Vs.

UNITED STATES OF AMERICA
Respondent

===================================/

## MOTION FOR MODIFICATION OF SUPERVISED RELEASE IN EX-PARTE PURSUANT TO TITLE 18 U.S.C.A. 3583 {e} [1]

**COMES NOW**, Paul Gonzalez –Echevarria, the Petitioner, in propria persona, and respectfully comes to this Honorable Court, in ex-parte with this Motion for Modification of Supervised Release pursuant to Title 18 U.S.C.A 3583 {e} {1}.

### STATEMENTS OF FACTS

On September 11, 2000 before the Honorable Judge José A. Fuste, petitioner was sentenced to 57 months for violation of Title 21 U.S.C.A 841.

1. Upon release, Paul Gonzalez –Echevarria, the petitioner finished Two and a half { 2 ½ } year of Supervision with no unfavorable reports.

****

2.  The relevant stature provides :-

    The Court may , after considering the factors set forth in Section 3583 {a} { 1} , {a}{2}{C} , {a } {D } , {a } { 4} , {a} {5 }, and {a} {6} –{1} terminate a term of supervised release and discharge the Defendant released at any time after the expiration of one year of supervised release , pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation , if it is satisfied that such action as warranted b the conduct of he defendant released and the interest of justice .

The Petitioner averts that he has a stable home environment , currently lives with his wife and his two { 2} daughters , secured gainful employment since his release is currently employed as a jeweler , and since his release Petitioner has not ha any other incidents with law enforcement; and has been in full compliance with the terms and conditions of his supervision.

Attached as cumulative **Exhibit "A "** , are the diplomas and certificates for he many programs and achievements of the Petitioner all of which present a perfect record and an exemplary representation of rehabilitation for this extraordinary Sentence which has been fully served by this Petitioner .

****

PAGE 3

The public interest is best served by terminating the supervised releases, which will allow the Probation Office to invest the public's limite resources on those who are need of supervision.

The statute directs the Court to determine if termination is warranted by the conduct of the person and the interest of justice.

**WHEREFORE**, petitioner prays this Honorable Court pursuant to it's discretionary autority under Title 18 U.S.C A 3583 {e} {1} will terminate and /or mofify Petitioner's term of Supervised Released.

Respectfully submitted

PAUL GONZALEZ –ECHEVARRIA
PGE