# JRF

## Certificate of Completion

This certifies that

### Paul L. González Echevarría

*Has successfully completed the*

**Real Estate Broker Course**

*and hereby is awarded this Certificate of Completion this month of May, two thousand Six at the Galería Paseos Mall, San Juan, Puerto Rico*

### course

| | | | | |
|---|---|---|---|---|
| Financiamiento Creativo | 3 hours | Problemas de Financiamiento | 3 hours | Ventas Fuera de PR | 6 hours | Matemática de B. R. | 3 hours |
| Evolución de los B. R. | 3 hours | Ley de Alquileres Razonables | 3 hours | Ley #5 Daco | 3 hours | Contratos Especiales | 3 hours |
| Principios de Gerencia | 3 hours | Administración de oficina | 3 hours | Aspectos Legales | 3 hours | Tasación | 3 hours |
| Técnicas de Ventas | 3 hours | Reglamento Ley 10 | 3 hours | Reglamento de Ética | 3 hours | Subsidio | 3 hours |
| Documentos para Cierre | 3 hours | Mercado de Propiedades | 3 hours | Financiamiento I | 3 hours | Contratos | 3 hours |
| Zonificación | 3 hours | Registro de la Propiedad | 3 hours | Financiamiento II | 3 hours | Ley de Condominio | 3 hours |
| Adm. de Propiedades | 3 hours | Contribuciones | 3 hours | Ley Notarial | 3 hours | Ley 10 | 6 hours |

Total Hours    90 Hours

Profesor José R. Faria, G.R.I.,R.I.M.,R.P.H.,C.H.M., Lic. 00965
Accredited By the Junta de Corredores, Vendedores y International Empresas de Bienes Raíces desde 1995 Tel. 787-536-8010
Galería Paseos Mall suite G-05, San Juan PR 00926

Member:
National Association of Realtor
Real Estate Institute
Real Estate Education Association

# Certificate of Achievement

*This certifies that*

PAUL GONZALEZ

**has satisfactorily completed a course of vocational training
in the field of**

DEISEL REPAIR PROGRAM

*This certificate is hereby issued this*   30TH  *day of*   MAY   ,20 02

_____
Vocational Instructor

_____
Supervisor of Education

# Certificate of Achievement

*This certifies that*

PAUL GONZALEZ

has satisfactorily completed a course of vocational training
in the field of

MARINE REPAIR PROGRAM

*This certificate is hereby issued this* 20TH *day of* NOVEMBER ,2002

_____
Vocational Instructor

_____
Supervisor of Education

# Certificate of Achievement

*This certifies that*

PAUL GONZALEZ-E

has satisfactorily completed a course of vocational training
in the field of

SMALL ENGINE REPAIR

*This certificate is hereby issued this*   7TH   *day of*   NOVEMBER   , 20 01

_____
Vocational Instructor

_____
Supervisor of Education