**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

**UNITED STATES OF AMERICA**

        **vs.**　　　　　　　　　　　　　**CASE NO. 3:99-CR-077-17 (JAF)**

**PAUL GONZALEZ-ECHEVARRIA**
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION IN RESPONSE TO COURT ORDER DATED FEBRUARY 5, 2007**

**TO THE HONORABLE JOSE A. FUSTE
CHIEF UNITED STATES DISTRICT JUDGE
DISTRICT OF PUERTO RICO**

      **COMES NOW, ABNER VALCARCEL-MATOS, U.S. PROBATION OFFICER of this Court,** presenting an official report on the conduct and attitude of offender, Paul Gonzalez-Echevarria, who on September 11, 2000, was sentenced to fifty-seven (57) months of imprisonment followed by four (4) years of supervised release after he pled guilty of violating Title 21, United States Code, Section 846. A special monetary assessment in the amount of $100.00 was also imposed. As special conditions, he was ordered to submit to urinalyses and provide access to financial information upon request. The offender was released from custody on June 18, 2004.

      **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

      Mr. Gonzalez-Echevarria has completed thirty-one (31) months of the imposed supervision term and has complied with the conditions of his supervised release term. He has maintained stable residence and employment since his release from custody. No issues of violence, drug use or new criminal activities have been observed.

**WHEREFORE**, I declare under penalty and perjury that the foregoing is true and correct. It is respectfully recommended, that the offender be granted early termination since at this time he has accomplished the supervision goals.

In San Juan, Puerto Rico, this 12th day of February 2007.

>Respectfully submitted,
>
>EUSTAQUIO BABILONIA, CHIEF
>U.S. PROBATION OFFICER
>
>s/Abner Valcarcel
>Abner Valcarcel
>U.S. Probation Officer
>Federal Office Building, Room 400
>150 Chardon Avenue
>San Juan, P.R. 00918-1741
>Tel. 787-766-5836
>Fax. 787-766-5945
>E-mail: abner_valcarcel@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

I HEREBY certify that on February 12, 2007, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Juan E. Milanes, Assistant U.S. Attorney and Manuel San Juan-De Martino, Esq.

In San Juan, Puerto Rico, this 12th day of February 2007.

>s/Abner Valcarcel
>Abner Valcarcel
>U.S. Probation Officer
>Federal Office Building, Room 400
>150 Chardon Avenue
>San Juan, P.R. 00918-1741
>Tel. 787-766-5836
>Fax 787-766-5945
>E-mail: abner_valcarcel@prp.uscourts.gov